## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Debra Joers and Ralph      :
D'Abruzzo, II               :
                               :
       v.              :     No. 1659 C.D. 2017
                               :
City of Philadelphia and    :
Yvette Leduc             :
                               :
Appeal of: City of Philadelphia  :

# O R D E R

NOW, September 4, 2018, having considered appellant's application for reargument and appellees' answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge